Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
        tlewis@swlaw.com
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly identified as*
*Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL P. COLAIANNI;<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>Defendants. | Case No. 2:18-cv-00381-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Michael P. Colaianni ("Plaintiff"), through his attorneys, Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A., incorrectly identified as Wells Fargo Home Mortgage ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on March 2, 2018 [Docket No. 1]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **April 27, 2018**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

delay or prejudice to any party, but is intended so that the parties may evaluate their claims and

defenses and also discuss the potential of early settlement.

Dated March 20, 2018

| Haines & Krieger, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: ___ */s/ Rachel B. Saturn*<br>David A. Krieger, Esq.<br>Rachel B. Saturn, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Michael P. Colainni* | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.*<br>*(incorrectly identified as*<br>*Wells Fargo Home Mortgage)* |

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before April 27, 2018.**

**IT IS SO ORDERED.**

_____
Cam Ferenbach, United States Magistrate Judge

March 21_____, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Tanya N. Lewis_
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
_Attorneys for Defendant_
_Wells Fargo Bank, N.A._
_(incorrectly identified as_
_Wells Fargo Home Mortgage)_

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: March 20, 2018

/s/      *Nissa Riley*
An Employee of SNELL & WILMER L.L.P.

4828-1614-0383

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200