Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.
(incorrectly sued as
Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL P. COLAIANNI;<br><br>               Plaintiff,<br><br>vs.<br><br><br>WELLS FARGO HOME MORTGAGE;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendants. | Case No. 2:18-cv-00381-JCM-VCF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF WELLS FARGO BANK, N.A.** |

It is hereby stipulated and agreed by and between Plaintiff Michael P. Colaianni, Defendant Wells Fargo Bank, N.A., incorrectly sued as Wells Fargo Home Mortgage ("Wells Fargo"), and Defendant Equifax Information Services, LLC, (collectively, "the parties"), through their respective attorneys, as follows:

1. The parties agree that Wells Fargo should be dismissed, with prejudice.
2. Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated June 7, 2018 | |
| HAINES & KRIEGER, LLC<br><br>By: */s/ Rachel B. Saturn*<br>Rachel B. Saturn, Esq.<br>Nevada Bar No. 8653<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Michael P. Colaianni* | Snell & Wilmer L.L.P.<br><br>By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage)* |
| Snell & Wilmer, LLP<br><br>By:*/s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 103064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*(signed with permission)*<br><br>*Attorneys for Defendant Equifax*<br>*Information Services, LLC* | |

# ORDER

**IT IS HEREBY ORDERED THAT Wells Fargo Bank, N.A. is hereby dismissed with prejudice. Each party shall bear its own fees and costs.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED June 11, 2018

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

- 3 -